UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ATANAS MICHEL,

      Plaintiff,

vs.

MIAMI-DADE COUNTY, and

CITY OF AVENTURA,

      Defendants.

_____ /

## COMPLAINT

Plaintiff, ATANAS MICHEL, by and through undersigned counsel, sues MIAMI-DADE COUNTY and CITY OF AVENTURA, and states:

## ALLEGATIONS COMMON TO ALL COUNTS

1.     This is an action for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs, and interest where applicable.

2.     At all times material hereto and at the time of the incident complained of Plaintiff was a resident of Miami-Dade County, Florida.

3.     At all times material hereto and at the time of the incident complained of, the Defendant, MIAMI-DADE COUNTY, was a municipal subdivision of the State of Florida.

4.     At all times material hereto and at the time of the incident complained of, the Defendant, CITY OF AVENTURA, was a municipal subdivision of the State of Florida.

5.     The event or transaction out of which these claims arose occurred in the City of

Aventura, Miami-Dade County, Florida.

6.    The Defendant, MIAMI-DADE COUNTY, has waived sovereign immunity under and to the extent specified under Florida Statutes Section 768.28.

7.    The Defendant, MIAMI-DADE COUNTY, was provided with proper notice of this action pursuant to Fla. Stat. Section 768.28 (see appended composite Exhibit "A").

8.    The Defendant, CITY OF AVENTURA, has waived sovereign immunity under and to the extent specified under Florida Statutes Section 768.28.

9.    The Defendant, CITY OF AVENTURA, was provided with proper notice of this action pursuant to Fla. Stat. Section 768.28 (see appended composite Exhibit "A").

10.    The Chief Financial Officer was provided with proper notice of this action pursuant to Fla. Stat. Section 768.28 (see appended composite Exhibit "A").

11.    All conditions precedent to the bringing of this action have been performed and satisfied.

12.    To date, neither MIAMI-DADE COUNTY nor CITY OF AVENTURA nor the Chief Financial Officer has made a final disposition of the Plaintiff's claims.  Thus, Plaintiff's claims are deemed denied for purposes of the notice requirements imposed by Fla. Stat. Section 768.28.

13.    On or about May 29, 2014, pursuant to a residential search warrant for 4133 NW 24th Avenue, Miami, Florida 33142 and for 4135 NW 24th Avenue, Miami, Florida 33142, Miami-Dade Special Response Team and the Aventura Police Department entered 4135 NW 24th Avenue, Miami, Florida 33142 (the "unit") searching for evidence related to a credit card fraud investigation.

14.    Plaintiff ATANAS MICHEL was sleeping on a living room couch in the unit.

15.    The law enforcement personnel pulled Plaintiff from the couch, and threw him to the floor, punching him and kicking him in his chest and back.

<u>**COUNT I- NEGLIGENCE AS TO MIAMI-DADE COUNTY**</u>

16.    Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

17.    Plaintiff had committed no crime and was not connected in any way to the alleged credit card fraud being investigated by law enforcement.

18.    Defendant had a duty to ensure that a reasonable investigation was conducted to ensure that individuals such as the Plaintiff were not falsely arrested noir held contrary to such an individual's will, and a duty to ensure that a thorough investigation was completed and incorporated into the affidavits in support of the warrant.

19.    Defendant breached that duty by failing to ensure that Plaintiff, and Plaintiff's unit, were actually related to the crimes being investigated.

20.    During that time, Defendant, by and through its officers, knew or should have known on a continual basis that Defendant had failed to conduct a reasonable investigation to ensure that Plaintiff, and Plaintiff's unit was actually related to the crimes being investigated.

21.    As a result, Plaintiff was held against his will by Defendant's officers.

22.    That as a direct and proximate result of the negligence of MIAMI-DADE COUNTY, the Plaintiff was seriously and severely injured in and about his head, neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

23.    That as a further direct and proximate result of the negligence of MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo

MARC A. GREGG, P. A., 2114 N. FLAMINGO ROAD #134, PEMBROKE PINES, FL 33028 (954) 680-7661

painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

24.     That as a further direct and proximate result of the negligence MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

25.     That as a further direct and proximate result of the negligence MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant MIAMI-DADE COUNTY, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto.

## COUNT II- FALSE IMPRISONMENT AS TO MIAMI-DADE COUNTY

26.     Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

27.     Plaintiff had committed no crime and was not connected in any way to the alleged credit card fraud being investigated by law enforcement.

28.     Defendant intentionally caused Plaintiff to be completely restrained against his will.

29.     During that time, Defendant, by and through its officers, knew or should have known on a continual basis that Defendant had failed to conduct a reasonable investigation to ensure that Plaintiff, and Plaintiff's unit was actually related to the crimes being investigated.

30.     That as a direct and proximate result of the false imprisonment by MIAMI-DADE COUNTY, the Plaintiff was seriously and severely injured in and about his head, neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a

previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

31.    That as a further direct and proximate result of the false imprisonment by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

32.    That as a further direct and proximate result of the false imprisonment by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

33.    That as a further direct and proximate result of the false imprisonment by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant MIAMI-DADE COUNTY, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto.

## COUNT III- VIOLATION OF CONSTITUIONAL RIGHTS AS TO MIAMI-DADE COUNTY

34.    Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

35.    Plaintiff had committed no crime and was not connected in any way to the alleged credit card fraud being investigated by law enforcement.

36.    In committing the acts complained of herein, Defendant acted under color of state law to deprive Plaintiff of certain constitutionally protected rights under the 4th and 14th

amendments to the United States Constitution, including but not limited to a) the right to be free of unreasonable searches and seizures, b) the right not to be deprived of liberty without due process of law, c) the right to be free of excessive force by persons acting under color of state law, d) the right to be free from false imprisonment.

37.     Defendant had a duty to ensure that a reasonable investigation was conducted to ensure that individuals such as the Plaintiff were not falsely arrested nor held contrary to such an individual's will, and a duty to ensure that a thorough investigation was completed and incorporated into the affidavits in support of the warrant.

38.     Defendant breached that duty by failing to ensure that Plaintiff, and Plaintiff's unit, were actually related to the crimes being investigated.

39.     Defendant failed to properly train its police officers in conducting investigation, and/or follow up investigation.

40.     As a result, Plaintiff was held against his will by Defendant's officers.

41.     The law enforcement personnel pulled Plaintiff from the couch, and threw him to the floor, punching him and kicking him in his chest and back.

42.     Plaintiff had a constitutional right to be free from unreasonable searches and seizures, and a constitutional right to due process pursuant to the 4th and 14th amendments to the United States Constitution.

43.     Defendant's failure to train was in violation of Plaintiff's constitutional right to be free from a) the right to be free of unreasonable searches and seizures, b) the right not to be deprived of liberty without due process of law, c) the right to be free of excessive force by persons acting under color of state law, d) the right to be free from false imprisonment.

44.     That as a direct and proximate result of the violation of constitutional rights by MIAMI-DADE COUNTY, the Plaintiff was seriously and severely injured in and about his head,

neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

45.    That as a further direct and proximate result of the violation of constitutional rights by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

46.    That as a further direct and proximate result of the violation of constitutional rights by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

47.    That as a further direct and proximate result of the false imprisonment by MIAMI-DADE COUNTY, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant MIAMI-DADE COUNTY, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto, and for attorneys fees pursuant to 42 U.S.C. Section 1981 and Section 1983.

## COUNT IV- NEGLIGENCE AS TO CITY OF AVENTURA

48.    Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

49.    Plaintiff had committed no crime and was not connected in any way to the alleged

credit card fraud being investigated by law enforcement.

50.     Defendant had a duty to ensure that a reasonable investigation was conducted to ensure that individuals such as the Plaintiff were not falsely arrested noir held contrary to such an individual's will, and a duty to ensure that a thorough investigation was completed and incorporated into the affidavits in support of the warrant.

51.     Defendant breached that duty by failing to ensure that Plaintiff, and Plaintiff's unit, were actually related to the crimes being investigated.

52.     During that time, Defendant, by and through its officers, knew or should have known on a continual basis that Defendant had failed to conduct a reasonable investigation to ensure that Plaintiff, and Plaintiff's unit was actually related to the crimes being investigated.

53.     As a result, Plaintiff was held against his will by Defendant's officers.

54.     That as a direct and proximate result of the negligence of CITY OF AVENTURA, the Plaintiff was seriously and severely injured in and about his head, neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

55.     That as a further direct and proximate result of the negligence of CITY OF AVENTURA, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

24.     That as a further direct and proximate result of the negligence CITY OF AVENTURA, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain

MARC A. GREGG, P. A., 2114 N. FLAMINGO ROAD #134, PEMBROKE PINES, FL 33028 (954) 680-7661

loss of earnings and earning capacity.

56.     That as a further direct and proximate result of the negligence CITY OF AVENTURA, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant CITY OF AVENTURA, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto.

## COUNT V- FALSE IMPRISONMENT AS TO CITY OF AVENTURA

57.     Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

58.     Plaintiff had committed no crime and was not connected in any way to the alleged credit card fraud being investigated by law enforcement.

59.     Defendant intentionally caused Plaintiff to be completely restrained against his will.

60.     During that time, Defendant, by and through its officers, knew or should have known on a continual basis that Defendant had failed to conduct a reasonable investigation to ensure that Plaintiff, and Plaintiff's unit was actually related to the crimes being investigated.

61.     That as a direct and proximate result of the false imprisonment by CITY OF AVENTURA, the Plaintiff was seriously and severely injured in and about his head, neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

62.     That as a further direct and proximate result of the false imprisonment by CITY

MARC A. GREGG, P. A., 2114 N. FLAMINGO ROAD #134, PEMBROKE PINES, FL 33028 (954) 680-7661

OF AVENTURA, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

63.     That as a further direct and proximate result of the false imprisonment by CITY OF AVENTURA, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

64.     That as a further direct and proximate result of the false imprisonment by CITY OF AVENTURA, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant CITY OF AVENTURA, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto.

## COUNT VI- VIOLATION OF CONSTITUIONAL RIGHTS AS TO CITY OF AVENTURA

65.     Plaintiff readopts and realleges each and every allegation contained in the allegations common to all counts as if same were fully set forth herein, and further states:

66.     Plaintiff had committed no crime and was not connected in any way to the alleged credit card fraud being investigated by law enforcement.

67.     In committing the acts complained of herein, Defendant acted under color of state law to deprive Plaintiff of certain constitutionally protected rights under the 4th and 14th amendments to the United States Constitution, including but not limited to a) the right to be free of unreasonable searches and seizures, b) the right not to be deprived of liberty without due process of law, c) the right to be free of excessive force by persons acting under color of state law, d) the right to be free from false imprisonment.

68.     Defendant had a duty to ensure that a reasonable investigation was conducted to ensure that individuals such as the Plaintiff were not falsely arrested nor held contrary to such an

individual's will, and a duty to ensure that a thorough investigation was completed and incorporated into the affidavits in support of the warrant.

69.     Defendant breached that duty by failing to ensure that Plaintiff, and Plaintiff's unit, were actually related to the crimes being investigated.

70.     Defendant failed to properly train its police officers in conducting investigation, and/or follow up investigation.

71.     As a result, Plaintiff was held against his will by Defendant's officers.

72.     The law enforcement personnel pulled Plaintiff from the couch, and threw him to the floor, punching him and kicking him in his chest and back.

73.     Plaintiff had a constitutional right to be free from unreasonable searches and seizures, and a constitutional right to due process pursuant to the 4th and 14th amendments to the United States Constitution.

74.     Defendant's failure to train was in violation of Plaintiff's constitutional right to be free from a) the right to be free of unreasonable searches and seizures, b) the right not to be deprived of liberty without due process of law, c) the right to be free of excessive force by persons acting under color of state law, d) the right to be free from false imprisonment.

75.     That as a direct and proximate result of the violation of constitutional rights by CITY OF AVENTURA, the Plaintiff was seriously and severely injured in and about his head, neck, back, body and limbs, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff has in the past suffered and will in the future suffer great pain and anguish of body and mind, and the injuries so complained of by him are permanent in nature.

76.     That as a further direct and proximate result of the violation of constitutional

MARC A. GREGG, P. A., 2114 N. FLAMINGO ROAD #134, PEMBROKE PINES, FL 33028 (954) 680-7661

rights by CITY OF AVENTURA, as aforesaid, the Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment, and has in the past incurred and will in the future incur medical bills and expenses attendant to his injuries, as aforesaid.

77.     That as a further direct and proximate result of the violation of constitutional rights by CITY OF AVENTURA, as aforesaid, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

78.     That as a further direct and proximate result of the false imprisonment by CITY OF AVENTURA, as aforesaid, the Plaintiff has suffered mental anguish and humiliation.

WHEREFORE, the Plaintiff, demands judgment against the Defendant CITY OF AVENTURA, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest where applicable and costs, which he prays for in addition thereto, and for attorneys fees pursuant to 42 U.S.C. Section 1981 and Section 1983.

## DEMAND FOR JURY TRIAL

The Plaintiff in the above-styled cause hereby demands a trial by jury of all of the issues triable by right.

Dated January 20, 2016,

Respectfully Submitted,

Marc A. Gregg, P.A.,
2114 N. Flamingo Road #136
Pembroke Pines, FL 33028
Tel:     954-680-7661
Fax:     561-450-5435

     /s/  Marc A. Gregg
Marc A. Gregg, Esq.
Florida Bar #: 8648
marcagreggpa@aol.com

LAW OFFICES
MARC A. GREGG
PROFESSIONAL ASSOCIATION
2114 N. FLAMINGO ROAD #136
Pembroke Pines, Fl 33028

Marc A. Gregg                                              Telephone (954) 680-7661
marcagreggpa@aol.com

May 4, 2015

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Enid Weisman, Mayor
City of Aventura
19200 West Country Club Drive
Aventura, FL 33180

RE:   NOTICE OF CLAIM – ATANAS JOHN MICHEL vs. Miami Dade Police Department,
      Aventura Police Department Miami-Dade County and City of Aventura

      Claimant Atanas John Michel's Date of Birth       :   11/15/1951
      Claimant Atanas John Michel's Place of Birth      :   Haiti
      Claimant Atanas John Michel's Social Security No. :   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

Dear Mr Gimenez:

You are herewith notified, pursuant to Fla. Stat. §768.28(6) and §768.28(7), that Atanas John Michel has
claims for damages against the Miami-Dade Police Department, Aventura Police Department, Miami-Dade
County and City of Aventura which he hereby asserts.

Atanas John Michel suffered damages due to the improper and negligent execution of a search warrant,
and undue use of force by the referenced police departments on or about May 29, 2014.

Claimant does not owe the State or its agencies any fines, penalties, fees or judgments in excess of
$200.00.

Enclosed herewith please find copies of Notice Letters forwarded this date to Jeff Atwater, Chief Financial
Officer, State of Florida, 200 E Gaines St., Tallahassee, FL, 32399-6502; J. D. Patterson, Director
Miami-Dade Police Department, 9105 NW 25th Street, Doral, FL 33172; Carlos A. Gimenez, Mayor,
Miami-Dade County, Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910, Miami, Florida 33128;
and Steve Steinberg, Chief of Police, Aventura Police Department, 19200 West Country Club Drive,
Aventura, FL 33180, in compliance with Florida Statutes.

Very truly yours,

Marc A. Gregg, P.A.

Marc A. Gregg, Esq.

Enclosures as stated

**COMPOSITE EXHIBIT "A"**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Enid Weisman, Mayor
City of Aventura
19200 West Country Club Drive
Aventura, FL 33180

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *[signature]*   ☐ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
*PACE DAVIDSN*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandi
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)   7012 1010 0003 1855 2961

PS Form 3811, July 2013   Domestic Return Receipt

English        Customer Service        USPS Mobile                        Register / Sign In



# USPS Tracking™

**Tracking Number: 70121010000318552961**

## Product & Tracking Information

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 7, 2015 , 12:52 pm** | Delivered | **MIAMI, FL 33180** |

Your item was delivered at 12:52 pm on May 7, 2015 in MIAMI, FL 33180.

| May 6, 2015 , 5:22 pm | Departed USPS Facility | MIAMI, FL 33152 |
| May 5, 2015 , 11:47 pm | Arrived at USPS Facility | MIAMI, FL 33152 |

## Track Another Package

**Tracking (or receipt) number**

Track It

LAW OFFICES
**MARC A. GREGG**
PROFESSIONAL ASSOCIATION
2114 N. FLAMINGO ROAD #136
Pembroke Pines, Fl 33028

Marc A. Gregg
marcagreggpa@aol.com

Telephone (954) 680-7661

May 4, 2015

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Jeff Atwater
Chief Financial Officer, State of Florida
200 E Gaines St.
Tallahassee, FL, 32399-6502

RE:   NOTICE OF CLAIM – ATANAS JOHN MICHEL vs. Miami Dade Police Department,
Aventura Police Department Miami-Dade County and City of Aventura

| | | |
|---|---|---|
| Claimant Atanas John Michel's Date of Birth | : | 11/15/1951 |
| Claimant Atanas John Michel's Place of Birth | : | Haiti |
| Claimant Atanas John Michel's Social Security No. | : | 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 |

Dear Mr Atwater:

You are herewith notified, pursuant to Fla. Stat. §768.28(6) and §768.28(7), that Atanas John Michel has claims for damages against the Miami-Dade Police Department, Aventura Police Department, Miami-Dade County and City of Aventura which he hereby asserts.

Atanas John Michel suffered damages due to the improper and negligent execution of a search warrant, and undue use of force by the referenced police departments on or about May 29, 2014.

Claimant does not owe the State or its agencies any fines, penalties, fees or judgments in excess of $200.00.

Enclosed herewith please find copies of Notice Letters forwarded this date to Carlos A. Gimenez, Mayor, Miami-Dade County, Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910, Miami, Florida 33128; Enid Weisman, Mayor, City of Aventura, 19200 West Country Club Drive, Aventura, FL 33180; J. D. Patterson, Director Miami-Dade Police Department, 9105 NW 25th Street, Doral, FL 33172; and Steve Steinberg, Chief of Police, Aventura Police Department, 19200 West Country Club Drive, Aventura, FL 33180, in compliance with Florida Statutes.

Very truly yours,

Marc A. Gregg, P.A.

Marc A. Gregg, Esq.

Enclosures as stated

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Received by:
DEPT OF FINANCIAL SERVICES
TALLAHASSEE, FL 32399-0317

1. Article Addressed to:

Jeff Atwater
Chief Financial Officer, State of Florida
200 E Gaines St.
Tallahassee, FL, 32399-6502

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7012 1010 0003 1855 2947

PS Form 3811, July 2013   Domestic Return Receipt



English          Customer Service          USPS Mobile                    Register / Sign In



## USPS.COM

# USPS Tracking™

Tracking Number: **70121010000318552947**

Updated Delivery Day: **Friday, May 8, 2015**

## Product & Tracking Information                    Availa

**Postal Product:**                    **Features:**
                              Certified Mail™                    Text Upda

| DATE & TIME | STATUS OF ITEM | LOCATION | Email Upd |
|---|---|---|---|
| **May 11, 2015 , 9:15 am** | Delivered | **TALLAHASSEE, FL 32314** | Return Re |

Your item was delivered at 9:15 am on May 11, 2015 in TALLAHASSEE, FL 32314.

| | | |
|---|---|---|
| May 8, 2015 , 10:00 am | Available for Pickup | TALLAHASSEE, FL 32314 |
| May 8, 2015 , 7:04 am | Out for Delivery | TALLAHASSEE, FL 32314 |
| May 8, 2015 , 6:54 am | Sorting Complete | TALLAHASSEE, FL 32314 |
| May 8, 2015 , 4:02 am | Arrived at Unit | TALLAHASSEE, FL 32314 |
| May 7, 2015 , 10:04 pm | Departed USPS Facility | TALLAHASSEE, FL 32301 |
| May 7, 2015 , 9:41 am | Arrived at USPS Facility | TALLAHASSEE, FL 32301 |
| May 6, 2015 , 3:36 am | Departed USPS Facility | MIAMI, FL 33152 |
| May 5, 2015 , 11:47 pm | Arrived at USPS Facility | MIAMI, FL 33152 |

LAW OFFICES
MARC A. GREGG
PROFESSIONAL ASSOCIATION
2114 N. FLAMINGO ROAD #136
Pembroke Pines, Fl 33028

Marc A. Gregg
marcagreggpa@aol.com

Telephone (954) 680-7661

May 4, 2015

CERTIFIED MAIL RETURN RECEIPT REQUESTED

J. D. Patterson
Director Miami-Dade Police Department
9105 NW 25th Street
Doral, FL 33172

RE:   NOTICE OF CLAIM – ATANAS JOHN MICHEL vs. Miami Dade Police Department,
Aventura Police Department Miami-Dade County and City of Aventura

Claimant Atanas John Michel's Date of Birth         :  11/15/1951
Claimant Atanas John Michel's Place of Birth        :  Haiti
Claimant Atanas John Michel's Social Security No.    :  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

Dear Mr Gimenez:

You are herewith notified, pursuant to Fla. Stat. §768.28(6) and §768.28(7), that Atanas John Michel has claims for damages against the Miami-Dade Police Department, Aventura Police Department, Miami-Dade County and City of Aventura which he hereby asserts.

Atanas John Michel suffered damages due to the improper and negligent execution of a search warrant, and undue use of force by the referenced police departments on or about May 29, 2014.

Claimant does not owe the State or its agencies any fines, penalties, fees or judgments in excess of $200.00.

Enclosed herewith please find copies of Notice Letters forwarded this date to Jeff Atwater, Chief Financial Officer, State of Florida, 200 E Gaines St., Tallahassee, FL, 32399-6502; Enid Weisman, Mayor, City of Aventura, 19200 West Country Club Drive, Aventura, FL 33180; Carlos A. Gimenez, Mayor, Miami-Dade County, Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910, Miami, Florida 33128; and Steve Steinberg, Chief of Police, Aventura Police Department, 19200 West Country Club Drive, Aventura, FL 33180, in compliance with Florida Statutes.

Very truly yours,

Marc A. Gregg, P.A.

Marc A. Gregg, Esq.

Enclosures as stated

U.S. Po...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X N. TORRES
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5-2

D. Is delivery address different from item 1?   ☐ Yes
   ...very address below:   ☐ No

1. Article Addressed to:

J. D. Patterson
Director Miami-Dade Police Department
9105 NW 25th Street
Doral, FL 33172

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 1010 0003 1855 2978

PS Form 3811, July 2013   Domestic Return Receipt

LAW OFFICES
MARC A. GREGG
PROFESSIONAL ASSOCIATION
2114 N. FLAMINGO ROAD #136
Pembroke Pines, Fl 33028

Marc A. Gregg                                                Telephone (954) 680-7661
marcagreggpa@aol.com

May 4, 2015

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Carlos A. Gimenez, Mayor
Miami-Dade County
Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910
Miami, Florida 33128

RE:   NOTICE OF CLAIM – ATANAS JOHN MICHEL vs. Miami Dade Police Department,
      Aventura Police Department Miami-Dade County and City of Aventura

      Claimant Atanas John Michel's Date of Birth        :  11/15/1951
      Claimant Atanas John Michel's Place of Birth       :  Haiti
      Claimant Atanas John Michel's Social Security No.   :  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

Dear Mr Gimenez:

You are herewith notified, pursuant to Fla. Stat. §768.28(6) and §768.28(7), that Atanas John Michel has claims for damages against the Miami-Dade Police Department, Aventura Police Department, Miami-Dade County and City of Aventura which he hereby asserts.

Atanas John Michel suffered damages due to the improper and negligent execution of a search warrant, and undue use of force by the referenced police departments on or about May 29, 2014.

Claimant does not owe the State or its agencies any fines, penalties, fees or judgments in excess of $200.00.

Enclosed herewith please find copies of Notice Letters forwarded this date to Jeff Atwater, Chief Financial Officer, State of Florida, 200 E Gaines St., Tallahassee, FL, 32399-6502; Enid Weisman, Mayor, City of Aventura, 19200 West Country Club Drive, Aventura, FL 33180; J. D. Patterson, Director Miami-Dade Police Department, 9105 NW 25th Street, Doral, FL 33172; and Steve Steinberg, Chief of Police, Aventura Police Department, 19200 West Country Club Drive, Aventura, FL 33180, in compliance with Florida Statutes.

Very truly yours,

Marc A. Gregg, P.A.

Marc A. Gregg, Esq.

Enclosures as stated

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>Katharine Montoya   5/7/15 |
| Carlos A. Gimenez, Mayor<br>Miami-Dade County<br>Stephen P. Clark Center<br>111 N.W. 1st Street, Suite 2910<br>Miami, Florida 33128 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Service Type<br>☑ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☑ Return Receipt for Merchandis<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7012 1010 0003 1855 2954 | |

PS Form 3811, July 2013          Domestic Return Receipt

LAW OFFICES
MARC A. GREGG
PROFESSIONAL ASSOCIATION
2114 N. FLAMINGO ROAD #136
Pembroke Pines, Fl 33028

Marc A. Gregg
marcagreggpa@aol.com

Telephone (954) 680-7661

May 4, 2015

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Steve Steinberg, Chief of Police
Aventura Police Department
19200 West Country Club Drive
Aventura, FL 33180

RE:   NOTICE OF CLAIM – ATANAS JOHN MICHEL vs. Miami Dade Police Department, Aventura Police Department Miami-Dade County and City of Aventura

Claimant Atanas John Michel's Date of Birth          :   11/15/1951
Claimant Atanas John Michel's Place of Birth         :   Haiti
Claimant Atanas John Michel's Social Security No.    :   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

Dear Mr Gimenez:

You are herewith notified, pursuant to Fla. Stat. §768.28(6) and §768.28(7), that Atanas John Michel has claims for damages against the Miami-Dade Police Department, Aventura Police Department, Miami-Dade County and City of Aventura which he hereby asserts.

Atanas John Michel suffered damages due to the improper and negligent execution of a search warrant, and undue use of force by the referenced police departments on or about May 29, 2014.

Claimant does not owe the State or its agencies any fines, penalties, fees or judgments in excess of $200.00.

Enclosed herewith please find copies of Notice Letters forwarded this date to Jeff Atwater, Chief Financial Officer, State of Florida, 200 E Gaines St., Tallahassee, FL, 32399-6502; J. D. Patterson, Director Miami-Dade Police Department, 9105 NW 25th Street, Doral, FL 33172; Carlos A. Gimenez, Mayor, Miami-Dade County, Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910, Miami, Florida 33128; and Enid Weisman, Mayor, City of Aventura, 19200 West Country Club Drive, Aventura, FL 33180, in compliance with Florida Statutes.

Very truly yours,

Marc A. Gregg, P.A.

Marc A. Gregg, Esq.

Enclosures as stated

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by *(Printed Name)*   DAVE DAVIDSON   C. Date of Delivery |
| 1. Article Addressed to: <br> **Steve Steinberg, Chief of Police** <br> **Aventura Police Department** <br> **19200 West Country Club Drive** <br> **Aventura, FL 33180** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☑ Certified Mail®   ☐ Priority Mail Express™ <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ Collect on Delivery <br> 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)*   7012 1010 0003 1855 2930 | |
| PS Form 3811, July 2013   Domestic Return Receipt | |

PS Form 3800, August 2006                    See Reverse for Instructions



**≡USPS.COM**

# USPS Tracking™





Tracking Number: **70121010000318552930**

## Product & Tracking Information

Availa

| Postal Product: | Features:<br>Certified Mail™ | | Text Upda |
|---|---|---|---|
| **DATE & TIME** | **STATUS OF ITEM** | **LOCATION** | Email Upc |
| **May 7, 2015 , 12:52 pm** | Delivered | **MIAMI, FL 33180** | Return Re |

Your item was delivered at 12:52 pm on May 7, 2015 in MIAMI, FL 33180.

| May 6, 2015 , 5:22 pm | Departed USPS Facility | MIAMI, FL 33152 |
|---|---|---|
| May 5, 2015 , 11:47 pm | Arrived at USPS Facility | MIAMI, FL 33152 |

## Track Another Package

Manage

**Tracking (or receipt) number**

Track all your p
No tracking nur

Track It

Sign up for